UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.T., an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and DOES 1 through 25, inclusive,<br><br>                                    Defendant. | Case No.:  24cv0304-W-VET<br><br>**ORDER: (1) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE [DOC. 32]; AND (2) CONTINUING PRE-TRIAL MOTION DEADLINE** |

Before the Court is Defendant County of San Diego's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. (*MSJ* [Doc. 32].) Plaintiff filed an opposition (*Opp'n* [Doc. 33]) and Defendant filed a reply (*Reply* [Doc. 35].) The filings do not include any of the exhibits referenced in the briefs. The parties only reference a notice of lodgment in their papers. Exhibits must be filed on the docket. *See* Admin Policies & Procedures Manual, § 2(g),(k),(p); Civil Local Rule 7.1(f)(2), 7.1(f)(3). Accordingly, the motion for summary judgment is **DENIED WITHOUT PREJUDICE**. The pre-trial motion deadline is extended to **July 7, 2026** for the sole purpose of refiling the summary judgment motion. The opposition shall be filed no later than **July 14, 2026** and the reply no later than **July 21, 2026**.

All exhibits referenced in the parties' papers must be filed to the docket. To the extent the parties wish to redact specific information in their exhibits, they must file a motion to seal and address the compelling reason standard. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Protective orders entered in a case are insufficient for granting a motion to seal filed in connection with a summary judgment motion.

**IT IS SO ORDERED.**

Dated: June 23, 2026

Hon. Thomas J. Whelan
United States District Judge

24cv0304-W-VET